79 P.3d 679

# SUPREME COURT OF HAWAI'I

State v. Moses ................... 23038    10/23/2003  Denied    102 Hawai'i 449,
                                                                  77 P.3d 940

Kaopuiki v. Kealoha .............. 24203    11/17/2003  Granted
Llewellyn v. Llewellyn ........... 24114    08/27/2003  Denied    102 Hawai'i 255,
                                                                  74 P.3d 1007